JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEAVY ROTATION LLC<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TYGA TOURING, LLC and MICHAEL RAY STEVENSON, p/k/a TYGA<br><br>　　　　Defendant. | CASE NO. 2:18-cv-5504-MWF<br>Hon. Michael W. Fitzgerald<br><br>**ORDER**<br><br><br>Action Commenced: June 20, 2018 |

Having considered the Stipulation and [Proposed] Order of Dismissal with Prejudice between Plaintiff Heavy Rotation LLC ("Plaintiff") and Defendants Tyga Touring, LLC and Michael Ray Stevenson p/k/a Tyga ("Defendants"), pursuant to a Settlement Agreement dated on or around April 11, 2019,

**IT IS HEREBY ORDERED** that all claims in the above-captioned action are hereby be dismissed with prejudice, with each party to bear its and/or his own costs, expenses, and attorneys' fees; and

**IT IS HEREBY ORDERED** that this Court shall retain jurisdiction for the purposes of enforcing the parties' Settlement Agreement.

**IT IS SO ORDERED.**

Dated: April 19, 2019

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT COURT JUDGE

1